IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PATRICK NEWCOMER,<br><br>                Defendant. | 8:19CR334<br>8:19CR374<br><br>ORDER FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

As requested in the government's motions (Filing Nos. 76 & 74 in 8:19cr334 and Filing Nos. 73 & 74 in 8:19cr374), which are hereby granted,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this 30th day of December, 2024.

BY THE COURT:

_____
MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE